UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 MAY 18 PM 2:53

CLERK, U.S. DISTRICT C:
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 09CR3437-IEG |
| --- | --- |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| BRENDA ELIZABETH ARGUELLO | |
| Defendant. | |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of the Indictment.

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: May 17, 2010

Irma E. Gonzalez
UNITED STATES DISTRICT JUDGE